IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO



Granted.
1:18 PM, Nov 9, 2022

Karen L. Litkovitz
United States Magistrate Judge

| | |
|---|---|
| MICHAEL PIETRYLA, DAVID WRIGHT BRIAN HOLY, JOHN CRUZ, DONALD WOLVERTON, JOHN RIORDAN, and ROBERT BARTIK,<br><br>　　　　Petitioners.<br><br>MAURICE WRIGHT,<br><br>　　　　Respondent. | Case No.: 22 MC 17 |

**PETITIONERS' MOTION TO WITHDRAW THEIR MOTION TO HOLD NON-PARTY MAURICE WRIGHT IN CONTEMPT**

NOW COME Petitioners, Michael Pietryla, David Wright, Bryan Holy, John Cruz, Donald Wolverton, John Riordan and Robert Bartik, ("Petitioners"), by and through their defense counsel, Graham P. Miller of Borkan & Scahill, Ltd, and move this court to withdraw their Motion to Hold Non-party Witness Maurice Wright in Contempt. In support thereof, Petitioners state as follows:

　　1.　　On May 26, 2022, Petitioners filed a Motion to Hold Non-party Witness Maurice Wright in Contempt for his failure to appear at deposition. Dckt. No. 2.

　　2.　　On October 21, 2022, this Court entered an order for Rule to Show Cause ordering Maurice Wright to appear before this Court on November 29, 2022. Dckt. No. 3.

　　3.　　In the interim, however, discovery closed in the underlying matter before the Northern District of Illinois.

　　4.　　Accordingly, Petitioners hereby wish to withdraw their Motion to Hold Non-party Witness Maurice Wright in Contempt (Dckt. No. 2).

Wherefore, Petitioners, Michael Pietryla, David Wright, Bryan Holy, John Cruz, Donald Wolverton, John Riordan and Robert Bartik, pray this Court grant their Motion to Withdraw Their Motion to Hold Non-party Maurice Wright in Contempt and for whatever additional relief this Court Deems Just.

        Respectfully submitted,

        BORKAN & SCAHILL, LTD.

        By:   <u>/s/ Graham P. Miller</u>
                  Graham P. Miller

Graham P. Miller (6290240)
Special Assistant Corporation Counsel
BORKAN & SCAHILL, LTD.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **MICHAEL PIETRYLA, DAVID WRIGHT BRIAN HOLY, JOHN CRUZ, DONALD WOLVERTON, JOHN RIORDAN, and ROBERT BARTIK,** | ) ) ) ) ) |
| **Petitioners.** | ) ) |
| | ) Case No.: 22 MC 17 |
| **MAURICE WRIGHT,** | ) ) |
| **Respondent.** | ) |

## NOTICE OF FILING

To: Attorneys of Record

YOU ARE HEREBY NOTIFIED that on November 9, 2022, there was filed with the Clerk of the United States District Court for the Southern District of Ohio, Petitioners' Motion to Withdraw Their motion to Hold Non-Party Maurice Wright in Contempt, copy of which is attached hereto.

/s/ Borkan & Scahill, Ltd.
BORKAN & SCAHILL, LTD.

Graham P. Miller  (6290240)
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030

I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on November 9, 2022.

/s/ Graham P. Miller
Graham P. Miller
Special Assistant Corporation Counsel